| | |
|---|---|
| DEAN A. MOREHOUSE, Bar No. 111841<br>dam@thelenreid.com<br>DAVID B. RITCHIE, Bar No. 112018<br>dritchie@thelenreid.com<br>W. SAMUEL NIECE, Bar No. 148645<br>wsniece@thelenreid.com<br>CHRISTOPHER L. OGDEN, Bar No. 235517<br>cogden@thelenreid.com<br>THELEN REID & PRIEST LLP<br>225 West Santa Clara Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 292-5800<br>Facsimile: (408) 287-8040<br><br>FRANK GOOCH III, Bar No. 70996<br>fgooch@gilchristrutter.com<br>GILCHRIST & RUTTER, PC<br>Wilshire Palisades Building<br>1299 Ocean Avenue, Suite 900<br>Santa Monica, California 90401–1000<br>Telephone: (310) 292-4000<br>Facsimile: (310) 294-4700<br><br>Attorneys for Plaintiffs<br>MASOOD HABIBI, an individual; and<br>QMAX SYSTEMS, LLC, a Delaware<br>Limited liability company. | ANN MARIE MORTIMER, Bar No. 169077<br>amortimer@hunton.com<br>DANIEL TEPSTEIN, Bar No. 193113<br>dtepstein@hunton.com<br>HUNTON & WILLIAMS LLP<br>500 South Hope Street, Suite 2000<br>Los Angeles, California 90071<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>CHRISTOPHER C. CAMPBELL<br>(pro hac vice)<br>ccampbell@hunton.com<br>HUNTON & WILLIAMS LLP<br>1751 Pinnacle Drive, Suite 22102<br>McLean, VA 22102<br>Telephone: (703) 714-7400<br>Facsimile: (703) 714-7410<br><br>Attorneys for Defendant<br>CONAIR CORPORATION, a Delaware<br>corporation. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| MASOOD HABIBI, an individual; and<br>QMAX SYSTEMS, LLC, a Delaware<br>Limited liability company,<br><br>               Plaintiffs,<br><br>  vs.<br><br>CONAIR CORPORATION, a Delaware<br>Corporation,<br>               Defendant. | Case No.: C06-04963 JL<br><br>~~[PROPOSED]~~ **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

JOINT STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that:

2      1.    The deadline for Defendants to respond to Plaintiffs' Complaint shall be extended

3             to December 1, 2006.

4      2.    The Initial Case Management Conference shall be continued until January 31,

5             2007 at 10:30 a.m.

6      3.    The deadlines set forth in the Order Setting Initial Case Management Conference

7             shall be continued as set forth in the Order. Thus, the last day to meet and confer,

8             and to file ADR forms as set forth in the Order shall be extended to January 10,

9             2007, and the last day to complete initial disclosures and file a Case Management

10            Statement shall be extended to January 24, 2007.

13  Dated: ___10-26-06_____           By: _____
                                            James Larson
14                                          UNITED STATES DISTRICT COURT
                                            MAGISTRATE JUDGE

*(IT IS SO ORDERED — Judge James Larson — seal of United States District Court, Northern District of California)*

---

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE