| | |
|---|---|
| DEAN A. MOREHOUSE (Bar No. 111841)<br>Email: dam@thelen.com<br>DAVID B. RITCHIE (Bar No. 112018)<br>Email: dritchie@thelen.com<br>W. SAMUEL NIECE (Bar No. 148645)<br>Email: wsniece@thelen.com<br>CHRISTOPHER L. OGDEN (Bar No. 235517)<br>Email: cogden@thelenreid.com<br>**THELEN REID BROWN RAYSMAN & STEINER LLP**<br>225 West Santa Clara Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 292-5800<br>Facsimile: (408) 287-8040 | ANN MARIE MORTIMER (Bar No. 169077)<br>Email: amortimer@hunton.com<br>DANIEL TEPSTEIN (Bar No. 193113)<br>Email: dtepstein@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>500 South Hope Street, Suite 2000<br>Los Angeles, California 90071<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020 |
| FRANK GOOCH III (Bar No. 70996)<br>Email: fgooch@gilchristrutter.com<br>**GILCHRIST & RUTTER, PC**<br>Wilshire Palisades Building<br>1299 Ocean Avenue, Suite 900<br>Santa Monica, California 90401–1000<br>Telephone: (310) 292-4000<br>Facsimile: (310) 294-4700 | SCOTT L. ROBERTSON (pro hac vice)<br>Email: srobertson@hunton.com<br>CHRISTOPHER C. CAMPBELL (pro hac vice)<br>Email: ccampbell@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>1751 Pinnacle Drive, Suite 22102<br>McLean, VA 22102<br>Telephone: (703) 714-7400<br>Facsimile: (703) 714-7410 |
| **Attorneys for Plaintiffs**<br>**MASOOD HABIBI, and**<br>**QMAX SYSTEMS, LLC** | **Attorneys for Defendant**<br>**CONAIR CORPORATION** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOD HABIBI, an individual; and QMAX SYSTEMS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs-Counterdefendants,<br>　　vs.<br><br>CONAIR CORPORATION, a Delaware corporation,<br><br>　　　　Defendant-Counterclaimant. | CASE NO.: C06-04963 JL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

**Joint Stipulation And Proposed Order Of Dismissal -- Case No. C06-04963 JL**

      In accordance with Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), Plaintiffs and Counterclaim Defendants Masood Habibi and Qmax Systems, LLC ("Qmax") and Defendant and Counterclaimant Conair Corporation ("Conair") hereby give notice to the Court that they have agreed to voluntarily dismiss all claims and counterclaims in this case without prejudice and with each party to bear its own costs and attorneys fees.

      **IT IS HEREBY STIPULATED,** by and between Masood Habibi, Qmax, and Conair through their respective counsel that: (1) the Complaint by Masood Habibi and Qmax against Conair be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii); (2) Conair's Counterclaims against Masood Habibi and Qmax be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(c); and (3) all parties bear their own attorneys' fees and costs.

Dated: February 26, 2007     THELEN REID BROWN RAYSMAN & STEINER LLP

By    /s/ Christopher L. Ogden
Christopher L. Ogden
Attorneys for Plaintiffs
MASOOD HABIBI, an individual; and
QMAX SYSTEMS, LLC,

Dated: March 5, 2007     HUNTON & WILLIAMS LLP

By    /s/ Ann Marie Mortimer
Ann Marie Mortimer
Attorneys for Defendant
CONAIR CORPORATION

**IT IS SO ORDERED**

Dated: March 7, 2007

HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge James Larson*

1
**Joint Stipulation And Proposed Order of Dismissal -- Case No. C06-04963 JL**

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Ann Marie Mortimer

/s/ Christopher L. Ogden

2
**Joint Stipulation And Proposed Order Of Dismissal -- Case No. C06-04963 JL**